TRINETTE G. KENT (State Bar No. 222020)
KENT LAW OFFICES
3219 East Camelback Road, #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Wendy Bauer*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wendy Bauer,<br><br>                    Plaintiff,<br><br>     vs.<br><br>EquityExperts.Org, LLC,<br>a Michigan company,<br><br>                    Defendant. | Case No.:  3:17-cv-00818-L-JLB<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, EquityExperts.Org, LLC, in the above-captioned case have reached a settlement.  The parties anticipate

1

filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 18th day of August, 2017.

>By: */s/ Trinette G. Kent*
>TRINETTE G. KENT (State Bar No. 025180)
>3219 East Camelback Road, #588
>Phoenix, AZ 85018
>Telephone: (480) 247-9644
>Facsimile: (480) 717-4781
>E-mail: tkent@kentlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

>By */s/ Trinette G. Kent*
>Trinette G. Kent, Esq.

2