UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BAUER,<br><br>                         Plaintiff,<br><br>v.<br><br>EQUITY EXPERTS.ORG, LLC,<br><br>                         Defendant. | Case No.:  3:17-cv-00818-L-JLB<br><br>**ORDER OF DISMISSAL** |

    Pursuant to the Parties' joint motion [Doc. 24] to dismiss under Fed. R. Civ. P. 41, the Court hereby dismisses this action.

**IT IS SO ORDERED.**

Dated:  September 19, 2017

                                                                             *[signature]*
                                                    Hon. M. James Lorenz
                                                    United States District Judge